# United States District Court

for

## Middle District of Alabama

# Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Christian Whittle              Case Number:  2:16CR344-WKW-01

Name of Sentencing Judicial Officer:   The Honorable W. Keith Watkins, U.S. District Judge

Date of Original Sentence:  August 17, 2017

Original Offense:   Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:   72 months custody followed by 3 years of supervised release

Type of Supervision:  Supervised Release           Date Supervision Commenced:  December 15, 2022

Assistant U.S. Attorney:   Tara S. Ratz           Defense Attorney:   Andrew Skier

## PETITIONING THE COURT

☒  To issue a warrant

☐  To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Violation No. 1 – Mandatory Condition:** "After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed." | On May 10, 2023, Whittle was instructed by the probation officer to report to the probation office at 1 p.m. on the same date for drug testing.  Whittle failed to report to the probation office as instructed. |

The Honorable W. Keith Watkins, U.S. District Judge
May 11, 2023
Page 2

RE:  Whittle, Christian
      Dkt. # 2:16CR344-WKW-01
      <u>PROB 12C</u>

| | |
|---|---|
| **Violation No. 2 – <u>Mandatory Condition</u>:** "The defendant shall not commit another federal, state, or local crime." | On May 11, 2023, Whittle was arrested in Panama City, Florida, by the Bay County Sheriff's Office and charged with Fleeing/Attempting to Elude Police, in violation of Florida Statute Section 316.1935(3)(A), a third-degree felony punishable by a maximum of five years imprisonment. |
| **Violation No. 3 – <u>Mandatory Condition</u>:** "The defendant shall not commit another federal, state, or local crime." | On May 11, 2023, Whittle was arrested in Panama City, Florida, by the Bay County Sheriff's Office and charged with Driving While License Suspended/Revoked in violation of Florida Statute Section 322.34(2), which is punishable by a 60-day jail sentence and a fine up to $500. |
| **Violation No. 4 – <u>Mandatory Condition</u>:** "You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer." | On May 11, 2023, Whittle was arrested in Panama City, Florida, by the Bay County Sheriff's Office. He was taken into custody and placed in the Bay County Sheriff's Office Jail. Whittle was not given permission by the probation officer to travel outside of the federal judicial district. |

U.S. Probation Officer Recommendation:

☒   The term of supervision should be

    ☒   revoked.

    ☐   extended for _____ years, for a total term of _____ years.

☐   The conditions of supervision should be modified as follows:

RE:  **Whittle, Christian**
    Dkt. # 2:16CR344-WKW-01
    <u>PROB 12C</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>5/11/2023</u>

by <u>/s/ Eric K. Williams</u>
    Senior United States Probation Officer
Date:  May 11, 2023

Reviewed and approved by:   <u>/s/ Darren Kennemer</u>
    Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action
☒ The Issuance of a Warrant
☐ The Issuance of a Summons
☐ Other

<u>/s/ W. Keith Watkins</u>
UNITED STATES DISTRICT JUDGE

<u>May 12, 2023</u>
Date